[No. 1568-3.   Division Three.   October 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD C. PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19057, Bruce P. Hanson, J., entered May 9, 1975. *Affirmed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Munson and Green, JJ.

[No. 1698-3.   Division Three.   October 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LAMAR RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22881, John J. Lally, J., entered September 16, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1446-3.   Division Three.   October 22, 1976.]

HAROLD RICHARDSON, ET AL, *Respondents*, v. ARTHUR E. CROWNOVER, ET AL, *Respondents*, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 62894, John C. Tuttle, J., entered February 10, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Edgerton, J. Pro Tem.

[No. 1437-3.   Division Three.   October 22, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON SCOTT McFARLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 63688, Albert N. Bradford, J., entered February 19, 1975. *Affirmed* by unpublished opinion per Roe, J. Pro Tem., concurred in by McInturff, C.J., and Munson, J.